IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: January 7, 2016 |
| vs. | : | |
| | : | |
| DALE WEBER | : | Criminal No. 15-258-02 |
| 262 Deer Run Road | | |
| Kutztown, PA 19530 | | |

     **TAKE NOTICE** that the above-entitled case has been set for <u>Sentencing</u> in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on <u>Monday, January 11, 2016</u> at <u>2:00 p.m.</u> before the Honorable <u>Lawrence F. Stengel</u>, in <u>Courtroom 14B</u>, 14th floor.

     **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

     If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

     Very truly yours,

     s/: Laura L. Buenzle____
     Laura L. Buenzle
     Deputy Clerk to Judge Stengel

N<small>O</small> INTERPRETER REQUIRED

❏THIS PROCEEDING HAS BEEN RESCHEDULED FROM

     Notice to:
       Dale Weber, Defendant
       K. Gurtheiser, Defense Counsel
       M.K. Costello, A.U.S.A.
       U.S. Marshal
       Probation Office
       Pretrial Services

Cr 4 (rev. 8/98)                                                          Larry Bowman